AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF FLORIDA

ALBERT THOMPSON
_Petitioner_

v.

FLORIDA DEPT. OF CORR. RICKY D. DIXON
_Respondent_
(name of warden or authorized person having custody of petitioner)

Case No. 8:23cv451 KKM-JSS
(Supplied by Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: ALBERT THOMPSON
   (b) Other names you have used: "BABY"

2. Place of confinement:
   (a) Name of institution: POLK CORRECTIONAL INSTITUTION
   (b) Address: 10800 EVANS RD. POLK CITY, FL 33868
   (c) Your identification number: T02359

3. Are you currently being held on orders by:
   ☐ Federal authorities    ☒ State authorities    ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: 13TH JUDICIAL CIRCUIT TAMPA, FL
   (b) Docket number of criminal case: 09-11305
   (c) Date of sentencing: 11/25/2009  11-2-2009
   ☐ Being held on an immigration charge
   ☐ Other (explain):

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

❏ Pretrial detention
❏ Immigration detention
❏ Detainer
❏ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
❏ Disciplinary proceedings
❏ Other (explain): _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: The Florida Department of Corrections 500 Calhoun St Tallahassee, FL
   (b) Docket number, case number, or opinion number: #23-6-03339
   (c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): How my sentence is being carried out. Illegal sent. exceed impose sent. Calculated or credited by prison and parole authorities
   (d) Date of the decision or action: 11-25-2009    2-15-2023

   **Your Earlier Challenges of the Decision or Action**

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☑ Yes     ❏ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: Florida Dept. of Corrections
       (2) Date of filing: 2/23/2023
       (3) Docket number, case number, or opinion number: 23-6-03339
       (4) Result: DENIED
       (5) Date of result: 2/07/23
       (6) Issues raised: Was that DOL miscalculated my maximum date of release by not deducting the proper amount of jail credit from the imposed sentence which will result with the petitioner exceeding the imposed sentence. Unconstitutional The dates established by DOL for the sentence expires were established before deducting anytime lawfully credited from the imposed sentence which well cause for the petitioner to exceed the originally imposed sen.
   (b) If you answered "No," explain why you did not appeal: N/N

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ❏ Yes     ☑ No

Page 3 of 9

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____
        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: N/A

    (b) If you answered "No," explain why you did not file a second appeal: N/A

9. **Third appeal**
After the second appeal, did you file a third appeal to a higher authority, agency, or court?
☐ Yes    ☑ No
    (a) If "Yes," provide:
        (1) Name of the authority, agency, or court: _____
        (2) Date of filing: _____
        (3) Docket number, case number, or opinion number: _____
        (4) Result: _____
        (5) Date of result: _____
        (6) Issues raised: N/A

    (b) If you answered "No," explain why you did not file a third appeal: N/A

10. **Motion under 28 U.S.C. § 2255**
In this petition, are you challenging the validity of your conviction or sentence as imposed?
☐ Yes    ☑ No
If "Yes," answer the following:
    (a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
        ☐ Yes    ☑ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

N/A

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes ☐ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

N/A

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

N/A

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes  ☑ No

If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes  ☐ No

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

N/A

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes   ☑ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:
(4) Result:
(5) Date of result:
(6) Issues raised:

N/A

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes   ☑ No
If "Yes," provide:
(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:
(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

N/A

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** SEPERATION OF POWER DOCTRINE TO ASSURE THAT THE SENTENCE IMPOSED BY THE TRIAL COURT IS CARRIED OUT BY [FL DOC]. ORIGINAL SENTENCE 15YRS 180 MONTHS, WHEN THE DATE SET BY DOC FOR SENTENCE TO EXPIRE PETITIONER WILL HAVE SERVED 190 MONTHS

(a) Supporting facts (Be brief. Do not cite cases or law.):
PETITIONER SENTENCE WAS NOT REDUCED BY FL DOC BEFORE ESTABLISHING A MAXIMUM RELEASE, WHICH WOULD RESULT WITH THE PETITIONER TO REMAIN INCARCERATED BEYOND THE ORIGINALLY IMPOSED SENTENCE, WHICH WILL BE A VIOLATION OF THE CONSTITUTION. [DOC] CANNOT HAVE AN INMATE SERVE MORE TIME THAN ORIGINALLY SENTENCED TO.

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes ☐ No

**GROUND TWO:** FAILED TO CALCULATE THE DATE OF RELEASE BY DEDUCTING ANYTIME CREDITED FROM THE IMPOSED SENTENCE WHICH VIOLATES THE CONSTITUTION 944.275 (2)(a)

(a) Supporting facts (Be brief. Do not cite cases or law.):
TO ESTABLISH AN INMATES MAXIMUM RELEASE DATE, DOC MUST DEDUCT ANYTIME LAWFULLY CREDITED FROM THE THE IMPOSED SENTENCE. 180 MONTHS, 15YRS WAS THE SENTENCE. IF DOC WOULD HAVE DEDUCTED THAT JAIL CREDIT FROM 180 MONTHS THE TIME TO BE SERVED WOULD HAVE BEEN REDUCED TO 176 MONTHS 14YRS 8 MONTHS. 14YRS 8 MONTHS FROM THE DATE OF ARREST, (FEB. 20. 2024 APPROX.)

(b) Did you present Ground Two in all appeals that were available to you?
☑ Yes ☐ No

**GROUND THREE:**

(a) Supporting facts (Be brief. Do not cite cases or law.):

(b) Did you present Ground Three in all appeals that were available to you?
☑ Yes ☐ No

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:**

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☑ Yes   ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not:   N/A

## Request for Relief

15. State exactly what you want the court to do: To Correct The Issue With My Date Of Release So That I Can Released From Custody On Time And To Avoid Being Illegally Detained. The Date of Release Set By DOC For The Sentence To Expire Was Miscalculated Due To Not Deducting The Jail Credit. So That A Max Out Date Can Be Set As Is Required.

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: _____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 2/21/2023

_Albert Thompson_
Signature of Petitioner

_[signature]_
Signature of Attorney or other authorized person, if any